EXibit ①

# ADMINISTRATIVE REMEDY PROGRAM

HIS A REQUEST FOR ADMINISTRATIVE REMEDY

Brandon Pugh          165014          64 23 RECEIVED 12-5-24
IMATE NAME              MDOC #          UNIT / CELL          DATE

ATE OF INCIDENT: Tuesday 10-8-24                    DEC 11 2024
ME OF INCIDENT: 10:30 am + 10:45
ACE OF INCIDENT: W.G.C.F Hall way leading to unit 6.          **INMATE LEGAL ASSISTANCE PROGRAM**

ATEMENT:

On 10-8-24 at 10:45 I exit sick call with Major Billy Sparkman En unit 6 Hall way. As I was escorted back to my cell by officer Mark Pryor I was assualted from behind. I suffer from back Pain. I ask that you review the camera footage. After trying o get out of lockdown I receive a Incident report where I -ceive a Extraordinary Occurrence. The statements are false re camera will show. 1. I was never placed on a wall. . Their was never a time where Warden Victoria wright had o call Major Billy Sparkman, Officer Matthew Bishop, or officer Courtney Copeland do to everyone was feets away from us. fficer Mark Pryor tried to hurt me. He was told 5 times to get ★ of me why I was on the floor.

This camera will Show the use of force Wasn't needed.

F SOUGHT:

'hat this incident be removed from my record making 1e look bad. Then I be moved.

Brandon Pugh
INMATE SIGNATU
ARP's will be returned if not sign


EXibit 2

ARP-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

NUMBER WGCF - 25 - 0038

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Administrative Remedy Program Director within 30 days of the date the request was initiated

To: Brandon Pugh 165044
Inmate's Name and DOC#

WGCF
Housing Unit

From: V. Canker
Person to whom 1st Step is Directed

WGCF
Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Administrative Remedy Program Director within 5 days of your receipt of this decision.

The staff member that was involved was Terminated from the facility for this infraction. I, Warden Michael Jones does not have access to Remove anything from your record.

Signature                    6/28/2025
                              Date

( ) I am not satisfied with this response and wish to proceed to Step Two.
REASON:

( ) I wish to cancel this complaint. You do not have to return this and time limits will cancel complaint.

Inmate's Signature        DOC#                              Date

Administrative Remedy Program Director ORIGINAL

Exibit 3

To legal Claims Adjudicator
    WC&C4 Admin

From: Brandon Pugh #165014
        unit 3-D-100

Date: 9-3-25

RE: Status of Pending ARP

    I filed an ARP on Oct 8.2024 on a
Staff member for assault. As of this day I
have yet to Receive my frist step Response.
    Therefore Im hereby Requesting that
Your office either send me my frist step Response
or my Certaficate of Completion.

        Respectfully
          Brandon Pugh 165014

Copy
    PC.

1

I was assaulted by said staff member and as a Result my back was seriously Injuried. since then I've been in Constant back Pain. I've spoken to the DR. and explained the type of Pain I'm having and all the details by they not trying to help figure out Whats Causing the Pain.

I never had any Problems with my back until I was assaulted by Staff. Now my back is in Constant Pain. In my ARP I Requested that I be see by outside Medical Staff and/or that I be moved somewhere where they Can Provide me with the necessary and Proper medical Care that my back needs.

My back injury is the Results of being assaulted by Staff and as such WGCF Should be held accountable for its Staffs actions, and Provide whatever medical help that I need to Care for my back. Therefore I'm asking that WGCF either Provide the medical attention I need or that I be moved somewhere where they Can Provide such medical treatment.