```
MIME-Version:1.0
From:cmecfhelpdesk@mssd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants: Northern Division (new_casenorthern@mssd.uscourts.gov)
--No Notice Sent:

Message-Id:<7279411@mssd.uscourts.gov>
Subject:Activity in Case MDOC Prisoner Filing Document Upload
```
Content-Type: text/html This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered by Odom, Yolanda on 11/19/2025 at 2:34 PM CST and filed on 11/19/2025

**Case Name:**        Plaintiff v. Defendant
**Case Number:**   3:25-mc-07777
**Filer:**
**Document Number:** 691

**Docket Text:**
**PRISONER DOCUMENTS SUBMITTED for Walnut Grove Correctional Facility Prison:**

**for Prisoner ID:165014 IN NEW CASE submitted on behalf of BRANDON PUGH**

**The case number above is NOT your case number.**


**After your case has been processed by the Clerk's Office, you will receive communication that your Complaint or Petition has been filed, and a letter will be sent to advise you of your case number.**
**This number will be used whenever you have any communications with the court. (Attachments: # (1) Exhibit, # (2) Supplement)(Odom, Yolanda)**

No public notice (electronic or otherwise) sent because the entry is private

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=11/19/2025] [FileNumber=7279409-0] [7e7b490c1dce393a96d484fe3cfbe6f8a38465e3354055e65fef392b5a327c1442 7d1324007d400bd5c7fe1e3339739e27e4430515ae8c0e6e144f8314561e1c]]
**Document description:** Exhibit

Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1081288797 [Date=11/19/2025] [FileNumber=7279409-1] [9b396082607a63c725f8af4f4a2068399d04a41faf92428f9f84b518ea2def1eef4a3e203fca85544e4c555786c13b1c92ff71a97c2c7e3ec3e0f0b9c75a8868]]
Document description:Supplement
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1081288797 [Date=11/19/2025] [FileNumber=7279409-2] [3e508ae580e2d5dcd53eb24f4fdfbf2094b2440c6abc0f9c735b7392b44d3fc1a049fb1c017c06f409809d77f2dc1e9f1d74014c950f33117653b8ff4a23511f]]